UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:18-cr-109 |
| vs. | : | Judge Timothy S. Black |
| JESSICA MARTIN (11), | : | |
| Defendant. | : | |

## ORDER TO APPEAR ON PENDING CHARGES IN THE SOUTHERN DISTRICT OF OHIO

The Court hereby ORDERS that Defendant Jessica Martin (11), who is currently on bond in the Southern District of Florida, SHALL appear in the Southern District of Ohio to answer the charge pending.

Specifically, Defendant Martin SHALL present in person for an initial appearance in the Southern District of Ohio on **September 24, 2018** at **1:30 p.m.**, before United States Magistrate Judge Stephanie K. Bowman, in Courtroom 701 at the Potter Stewart U.S. Courthouse, 100 E. Fifth Street, Cincinnati, Ohio 45202.

**IT IS SO ORDERED.**

Date: 9/13/2018

Timothy S. Black
United States District Judge