AO 442 (Rev. 11/11) Arrest Warrant

FILED
RICHARD W NAGEL
CLERK OF COURT

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

2018 JUL 25 PM 3: 25

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| United States of America | )  |
|---|---|
| v. | ) |
| | ) Case No.  1:18-cr-00109(11) |
| JESSICA MARTIN, | ) |
| a/k/a "Emma Ricci," | ) |
| a/k/a "Mary Austin" | ) |
| | ) |
| _Defendant_ | ) |

2018 SEP 18 AM 10: 5

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    JESSICA MARTIN                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Participate in Racketeering Activity

[SEE ATTACHED INDICTMENT]

Date:    7/25/2018

_Issuing officer's signature_

City and state:    CINCINNATI, OHIO

Richard W. Nagel, Clerk, U.S. District Court
_Printed name and title_

| Return | |
|---|---|
| This warrant was received on _(date)_  07/25/2018  , and the person was arrested on _(date)_  07/31/2018 at _(city and state)_      Florida      . | |
| Date:  09/05/2018 | UNK _Arresting officer's signature_ <br> UNK _Printed name and title_ |