IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 18-CR-109 |
| v. | : | Judge Timothy S. Black |
| ANDREY SHUKLIN, et al., | : | ORDER |
| Defendants. | : | |

Upon the Government's Motion to Lift the Post-Indictment Restraining Order, and for the reasons set forth in that motion, the Court grants the Government's motion as follows:

IT IS ORDERED that the July 27, 2018 Post-Indictment Restraining Order shall be lifted effective December 31, 2018.

_____
THE HONORABLE TIMOTHY S. BLACK
United States District Judge
Southern District of Ohio