UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 1:18-cr-00109(11)-TSB |
| Plaintiff, | : | (Judge Timothy S. Black) |
| vs. | : | |
| | : | **DEFENDANT, JESSICA MARTIN'S,** |
| **JESSICA MARTIN,** | : | **UNOPPOSED MOTION TO CHANGE** |
| | : | **RESIDENCE** |
| Defendant. | : | |

Now comes Jessica Martin, through counsel, and she requests permission of the Court to change her address.  Ms. Martin presently resides and is being supervised in the Southern District of Florida/Fort Lauderdale. As the result of a foreclosure suit filed against her landlord, she desires to move to a different apartment in Fort Lauderdale and remain in the Southern District of Florida.  Ms. Martin has provided the new address information to her supervising pre-trial services officer.

The AUSA, Matt Singer, does not oppose this motion of Ms. Martin to change her residence.

It is, therefore, respectfully requested that the Court grant her permission to move, having provided a specific new address to her supervising officer.

      /s/ *Richard J. Goldberg*
Richard J. Goldberg  (0005979)
Attorney for Jessica Martin
Schuh & Goldberg, LLP
2368 Victory Parkway, Suite 650
Cincinnati, Ohio  45206
(513) 321-2662
(513) 321-0855 (Fax)
richjgoldberg@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Motion upon Matt Singer, Assistant United States Attorney for the Southern District of Ohio, via electronic filing, this 17th day of April, 2019.

      /s/ *Richard J. Goldberg*
Richard J. Goldberg
Attorney for Jessica Martin