UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 1:18-cr-00109(11)-TSB |
| Plaintiff, | : | (Judge Timothy S. Black) |
| vs. | : | |
| **JESSICA MARTIN,** | : | **DEFENDANT, JESSICA MARTIN'S, MOTION TO TRAVEL** |
| Defendant. | : | |

Now comes Jessica Martin, through counsel, and she respectfully represents to the Court that she currently resides in Ft. Lauderdale, Florida and is free on bail with conditions.

Her minor daughter lives in Lee County, Florida with her father, and Ms. Martin would like permission to travel to Lee County, Florida periodically to visit her daughter, which would require her to drive through Collier County as well.

Ms. Martin's pre-trial supervising officer suggested that this motion be filed to request the Court's permission to travel to Lee and Collier Counties.

It is, therefore, respectfully requested that Jessica Martin be permitted to travel to both Lee and Collier Counties in Florida.

    /s/ *Richard J. Goldberg*
Richard J. Goldberg  (0005979)
Attorney for Jessica Martin
Schuh & Goldberg, LLP
2368 Victory Parkway, Suite 650
Cincinnati, Ohio  45206
(513) 321-2662
(513) 321-0855 (Fax)
richjgoldberg@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion upon the office of the Assistant United States Attorney for the Southern District of Ohio, via electronic filing, this 24th day of June, 2019.

    /s/ *Richard J. Goldberg*
Richard J. Goldberg
Attorney for Jessica Martin