UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 1:18-cr-00109(11)-TSB |
| Plaintiff, | : | (Judge Timothy S. Black) |
| vs. | : | |
| **JESSICA MARTIN,** | : | **DEFENDANT, JESSICA MARTIN'S, UNOPPOSED MOTION TO TRAVEL** |
| Defendant. | : | |

Now comes the Defendant, Jessica Martin, through counsel, and she represents to the Court that she presently resides in Ft. Lauderdale, Florida, and is under pre-trial supervision in Florida.

She further represents that her 11-year old daughter's father lives in Hendry County, Florida, which is approximately a 2-hour drive from Ft. Lauderdale.

Ms. Martin is requesting permission to travel one time per month to either bring her daughter to visit with her father or to pick up her daughter following visitation in Hendry County.

-2-

There have been no pre-trial supervision issues with Ms. Martin, and Assistant United States Attorney, Matt Singer, does not oppose the granting of her traveling one time per month to Hendry County.

      __/s/ *Richard J. Goldberg*_____
      Richard J. Goldberg  (0005979)
      Attorney for Jessica Martin
      Schuh & Goldberg, LLP
      2368 Victory Parkway, Suite 650
      Cincinnati, Ohio  45206
      (513) 321-2662
      (513) 321-0855 (Fax)
      richjgoldberg@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Unopposed Motion upon the office of the Matt Singer, Assistant United States Attorney for the Southern District of Ohio, via electronic filing, this 2nd day of July, 2020.

      __/s/ *Richard J. Goldberg*_____
      Richard J. Goldberg
      Attorney for Jessica Martin