# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**JESSICA MARTIN,**

    **Defendant.**

Case No. 1:18-cr-109-11
JUDGE DOUGLAS R. COLE

## ORDER

Pursuant to § 15002(b)(2) of the Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act"), Pub. L. No. 116-136, 134 Stat. 281 (2020), and this Court's General Order Nos. 20-05, 20-07, 20-18, 20-23, 20-26, 20-27, 20-31, 20-35, 20-36, 20-38, 21-04, 21-06, 21-07, and 21-09, the undersigned, as the District Judge to whom this case is assigned, finds in this felony case that the change of plea pursuant to Federal Rule of Criminal Procedure 11 cannot be further delayed without serious harm to the interests of justice.

Specifically, this Court finds that serious harm may occur to the interests of justice in that further delay to Defendant Jessica Martin's change of plea hearing would interfere with both her and society's interest in prompt resolution of criminal matters. *See United States v. Westmoreland*, 712 F.3d 1066, 1076 (7th Cir. 2013) ("Both the accused and society as a whole have an interest in prompt resolution of criminal proceedings.") (citing *Barker v. Wingo*, 407 U.S. 514, 519–20 (1972)). Such delay would also interfere with Martin's ability to begin satisfying any penalty or sanction associated with the charged crime to which she intends to plead guilty, a

delay which "may have a detrimental effect on rehabilitation." *See Barker*, 407 U.S. at 520. (observing that "delay between arrest and punishment may have a detrimental effect on rehabilitation").

This Court further finds that Martin, after consultation with her counsel, has consented to the use of video conferencing to conduct the change of plea.

Accordingly, this Court **ORDERS** that the change of plea hearing may be conducted by use of video conferencing technology.

**SO ORDERED.**

April 27, 2021
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**