UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 1:18-cr-00109(11) |
| Plaintiff, | : | |
| | : | (Judge Cole) |
| vs. | : | |
| | : | **UNOPPOSED MOTION TO TRAVEL** |
| **JESSICA MARTIN,** | : | |
| Defendant. | : | |

Defendant, Jessica Martin, through counsel, respectfully moves the Court for permission to travel for a family gathering in Sterling Heights, Michigan. She is requesting permission to fly to Detroit, Michigan on October 21, 2022, and fly back on October 23, 2022.

Assistant United States Attorney, Megan Gaffney Painter, does not oppose the granting of this motion.

    /s/ *Richard J. Goldberg*
Richard J. Goldberg  (0005979)
Attorney for Jessica Martin
Schuh & Goldberg, LLP
2368 Victory Parkway, Suite 650
Cincinnati, Ohio  45206
(513) 321-2662
(513) 321-0855 (Fax)
richjgoldberg@yahoo.com

**CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the foregoing Motion upon the office of the United States Attorney for the Southern District of Ohio, via electronic filing, this 5th day of October, 2022.

                /s/ *Richard J. Goldberg*
                Richard J. Goldberg
                Attorney for Jessica Martin