# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JESSICA MARTIN,

    Defendant.

Case No. 1:18-cr-109-11
JUDGE DOUGLAS R. COLE

## ORDER

Pursuant to § 15002(b)(2) of the Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act"), Pub. L. No. 116-136, 134 Stat. 281 (2020), and this Court's General Order Nos. 20-05, 20-07, 20-18, 20-23, 20-26, 20-27, 20-31, 20-35, 20-36, 20-38, 21-04, 21-06, 21-07, 21-09, 21-10, 20-11, 21-12, 21-19, 21-23, 22-06, 22-14, 22-18, 22-21, and 23-01 the undersigned, as the District Judge to whom this case is assigned, finds in this felony case that the sentencing pursuant to Federal Rules of Criminal Procedure 32 cannot be further delayed without serious harm to the interests of justice.

Specifically, this Court finds that serious harm may occur to the interests of justice in that further delay to Defendant Jessica Martin's sentencing hearing would interfere with both her and society's interest in prompt resolution of criminal matters. *See United States v. Westmoreland*, 712 F.3d 1066, 1076 (7th Cir. 2013) ("Both the accused and society as a whole have an interest in prompt resolution of criminal proceedings.") (citing *Barker v. Wingo*, 407 U.S. 514, 519–20 (1972)). Such delay would also interfere with Martin's ability to begin satisfying any penalty or sanction

associated with the charged crime to which she has plead guilty, a delay which "may have a detrimental effect on rehabilitation." *See Barker*, 407 U.S. at 520 (observing that "delay between arrest and punishment may have a detrimental effect on rehabilitation").

This Court further finds that Martin, after consultation with her counsel, has consented to the use of video conferencing to conduct the sentencing hearing.

Accordingly, this Court **ORDERS** that the sentencing hearing may be conducted by use of video conferencing technology.

**SO ORDERED.**

March 24, 2023
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**