UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                         Case No. 1:18-cr-109-11

  v.                                    JUDGE DOUGLAS R. COLE

JESSICA MARTIN,

       Defendant.

## CRIMINAL MINUTES: SENTENCING

AUSA Matthew Singer and Megan Gaffney Painter appeared for the Government

Defendant appeared with counsel Richard Goldberg

Defendant sentenced as follows:

Time Served

One Year Supervised Release
Conditions:
    Must not commit another federal, state, or local crime
    Shall be prohibited from possessing a firearm, ammunition, destructive device, or dangerous weapon
    Shall not unlawfully possess a controlled substance
    Must refrain from the unlawful use a controlled substance
    Must cooperate in the collection of his DNA
    Shall comply with the standard conditions of supervised release that have been adopted by this Court
    Must not incur new credit charges, or open additional lines of credit without the approval of the probation officer
    Must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office

Special Assessment: $100        Fine: $0        Restitution: TBD

**Judge:**    Douglas R. Cole

**Courtroom Deputy:**    Scott Lang

**Court Reporter:**    Sue Lopreato-Official

**Date:**    March 29, 2023